UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN SAMPSON,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.
_____/

Case No. 15-cv-12906

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## ORDER (1) ADOPTING MAGISTRATE JUDGE ELIZABETH A. STAFFORD'S AUGUST 3, 2016 REPORT AND RECOMMENDATION (ECF NO. 18), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 14), (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 16), AND (4) AFFIRMING THE DECISION OF THE COMMISSIONER

On August 3, 2016, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the findings of the Commissioner. (ECF No. 18, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 14), GRANTS Defendant's Motion for Summary Judgment (ECF No.

1

16), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

/s/ Paul D. Borman
Paul D. Borman
United States District Judge

Dated:   SEP 16 2016